Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VELASQUEZ, | ) |
| | ) CASE NO.: 2:16-cv-04506-MRW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
THOUSAND DOLLARS AND 00/100 ($4,000.00) subject to the terms of the
stipulation.

DATED: _August 3, 2017_ 

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE